UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL ACTION NO. 5:10-CV-171-KKC

*Filed Electronically*

ADRIAN L. BENTON                                                                                         PLAINTIFF

v.    **DEFENDANTS' MOTION, PURSUANT TO FED. R. CIV. P. 14(a)(1)
       FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**

LEXINGTON-FAYETTE URBAN COUNTY
GOVERNMENT, ET AL.                                                                                      DEFENDANTS

*** *** *** **

Come the Defendants, Lexington-Fayette Urban County Government, LFUCG Detention Center Corporation, Ronald L. Bishop, Officer D. Womack, Tammy Gilliam, R.N. and Deborah McCuddy, R.N., by counsel, and hereby move the Court, pursuant to Fed. R. Civ. P. 14(1) for leave to file the Third-Party Complaint attached hereto as Exhibit 1.  As grounds for this Motion, the Defendants submit that Plaintiff filed a lawsuit against these Defendants in which he has claimed damages due to being assaulted by another inmate while he was incarcerated at the Lexington-Fayette Urban County Government Detention Center on or about May 23, 2009.  The Third-Party Complaint joins the Plaintiff's assailant, Raymond Wright, as a Third-Party Defendant.  If these Defendants are liable, a claim which they deny, then the Third-Party Defendant, Raymond Wright, may be liable for all or part of any claim against these Defendants.

WHEREFORE, the Court is respectfully requested to issue an Order sustaining the Defendants' Motion for Leave to File the Third-Party Complaint tendered herein and to join Raymond Wright as a Third-Party Defendant herein.

        Respectfully submitted,

**BAKER KRIZ JENKINS PREWITT & JONES, PSC**
200 West Vine Street, Suite 710
Lexington, Kentucky 40507-1620
Telephone:  (859) 255-6885, ext. 144
Facsimile:  (859) 253-9709
Internet email:  bkriz@bakerkriz.com

_____
By:  s/BARBARA A. KRIZ, ESQ.
*Counsel for Defendant, Donald Womack*


**LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT**
Department of Law
P.O. Box 34028
Lexington, Kentucky  40588-4028

_____
By:  s/CAROLYN C. ZERGA, ESQ.
*Counsel for Defendants, Ronald L. Bishop,
Lexington-Fayette Urban County Government,
& LFUCG Detention Center Corporation*


**PHILLIPS PARKER ORBERSON & ARNETT, PLC**
716 West Main St., Suite 300
Louisville, KY  40202

_____
By:  s/SEAN RAGLAND, ESQ.
*Counsel for Defendants, Tammy Gilliam, R.N. and
Deborah McCuddy, R.N.*

## CERTIFICATE OF SERVICE

I hereby certify that on **September 20, 2010**, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:  Brent L. Caldwell, Esq., Donald R. Todd, Esq., Sean Ragland, Esq., and Carolyn C. Zerga, Esq.

        s/BARBARA A. KRIZ, ESQ.
        BAKER KRIZ JENKINS PREWITT & JONES, PSC
        200 West Vine Street, Suite 710
        Lexington, Kentucky 40507-1620
        Telephone:  (859) 255-6885, ext. 144
        Facsimile:  (859) 253-9709
        Internet email:  bkriz@bakerkriz.com
        *Counsel for Defendant Officer Donald Womack*

3