UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL ACTION NO. 5:10-CV-171-KKC

*Filed Electronically*

ADRIAN L. BENTON                                                                                   PLAINTIFF

V.     **DEFENDANTS'/THIRD-PARTY PLAINTIFFS'
LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT,
LFUCG DETENTION CENTER CORPORATION,
RONALD BISHOP, OFFICER D. WOMACK,
TAMMY GILLIAM, R.N. AND DEBORAH MCCUDDY, R.N.
THIRD-PARTY COMPLAINT**

JOHN AND JANE DOES NOS. 1,2,3, ETC.                                              DEFENDANTS

AND

LEXINGTON-FAYETTE URBAN
COUNTY GOVERNMENT,
LFUCG DETENTION CENTER CORPORATION,
RONALD L. BISHOP,
OFFICER D. WOMACK,
TAMMY GILLIAM, R.N.,
DEBORAH MCCUDDY, R.N.,                              DEFENDANTS/THIRD-PARTY PLAINTIFFS

V.

RAYMOND WRIGHT                                                              THIRD-PARTY DEFENDANT

      Serve:  Mr. Raymond Wright
              c/o Fayette County Detention Center
              600 Old Frankfort Circle
              Lexington, Kentucky 40510

*** *** *** **

Come the Defendants/Third-Party Plaintiffs, Lexington-Fayette Urban County Government, LFUCG Detention Center Corporation, Ronald L. Bishop, Officer D. Womack, Tammy Gilliam, R.N. and Deborah McCuddy, R.N., by counsel, and for their Third-Party Complaint against Raymond Wright, state as follows:

1. The Plaintiff has filed a Complaint against these Defendants for damages allegedly sustained by reason of injuries resulting from an assault which occurred at the Fayette County Detention Center on or about May 23, 2009.

2. The Third Party Defendant, Raymond Wright, at all times relevant herein, was a resident of Fayette County and incarcerated in the Fayette County Detention Center.

3. If the Plaintiff suffered any damages, those damages were the result of the sole acts of the Third-Party Defendant, Raymond Wright.

4. These Defendants/Third Party Plaintiffs specifically deny that they are liable to the Plaintiff, but if it is determined that these Defendants are liable to the Plaintiff, then their actions were passive and secondary to the active and primary negligence and/or liability of the Third-Party Defendant, Raymond Wright, and thus, these Defendants are entitled to indemnity from said Third-Party Defendant, Raymond Wright, in an amount equal to 100% of any judgment which may be rendered against these Defendants.

5. In the alternative, if it is determined that any or all of these Defendants/Third Party Plaintiffs are liable to the Plaintiff herein, then their liability is joint and concurrent with the liability of the Third-Party Defendant, Raymond Wright, and thus, these Defendants are entitled to apportionment of liability with the Third-Party Defendant in an amount to be determined by the Court and/or a jury.

WHEREFORE, the Defendants/Third-Party Plaintiffs, Lexington-Fayette Urban County Government, LFUCG Detention Center Corporation, Ronald L. Bishop, Officer D. Womack, Tammy Gilliam, R.N. and Deborah McCuddy, R.N., by counsel, demand judgment against the Third-Party Defendant, Raymond Wright, in an amount equal to 100% of any judgment which may be rendered against them in favor of the Plaintiff; or in the alternative for an apportionment

of liability instruction to include the Third Party Defendant, Raymond Wright, for their costs herein expended; for Trial by Jury; and for any and all other relief to which they may appear property entitled.

        Respectfully submitted,

        **BAKER KRIZ JENKINS PREWITT & JONES, PSC**
        200 West Vine Street, Suite 710
        Lexington, Kentucky 40507-1620
        Telephone: (859) 255-6885, ext. 144
        Facsimile: (859) 253-9709
        Internet email: bkriz@bakerkriz.com
        _____
By:    s/BARBARA A. KRIZ, ESQ.
        *Counsel for Defendant, Donald Womack*

        **LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT**
        Department of Law
        P.O. Box 34028
        Lexington, Kentucky 40588-4028
        _____
By:    s/CAROLYN C. ZERGA, ESQ.
        *Counsel for Defendants, Ronald L. Bishop,*
        *Lexington-Fayette Urban County Government,*
        *& LFUCG Detention Center Corporation*


        **PHILLIPS PARKER ORBERSON & ARNETT, PLC**
        716 West Main St., Suite 300
        Louisville, KY 40202
        _____
By:    s/SEAN RAGLAND, ESQ.
        *Counsel for Defendants, Tammy Gilliam, R.N. and*
        *Deborah McCuddy, R.N.*

## CERTIFICATE OF SERVICE

I hereby certify that on **September 20, 2010**, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:  Brent L. Caldwell, Esq., Donald R. Todd, Esq., Sean Ragland, Esq., and Carolyn C. Zerga, Esq.

        s/BARBARA A. KRIZ, ESQ.
        BAKER KRIZ JENKINS PREWITT & JONES, PSC
        200 West Vine Street, Suite 710
        Lexington, Kentucky 40507-1620
        Telephone:  (859) 255-6885, ext. 144
        Facsimile:  (859) 253-9709
        Internet email:  bkriz@bakerkriz.com
        *Counsel for Defendant Officer Donald Womack*